# IN THE UNITED STATES DISTRICT COURT
## EASTERN DIVISION OF ARKANSAS
## PINE BLUFF DIVISION

JESSIE CARTER                                                                       PLAINTIFF

VS.                             5:18-cv-00108-BRW

DEPARTMENT OF AGRICULTURE                              DEFENDANT

## ORDER

The reasons set out in Defendant's Motion to Dismiss (Doc. No. 10) are well-taken.

Accordingly, the motion is GRANTED and this case is DISMISSED.

IT IS SO ORDERED this 4th day of May, 2018.

                                                       /s/ Billy Roy Wilson
                                                       UNITED STATES DISTRICT JUDGE